# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4070

_____

State of Minnesota,                    *

                                  *

          Appellee,          *

                                  *   Appeal from the United States

     v.                        *   District Court for the

                                  *   District of Minnesota.

Philander Dermont Jenkins, Jr.,   *

                                *       [UNPUBLISHED]

          Appellant.        *

_____

Submitted: October 7, 2005
Filed: October 12, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Philander Dermont Jenkins sought to remove a criminal case pending against him in Hennepin County, Minnesota, to federal court under 28 U.S.C. § 1443. The district court[1] summarily remanded the action to state court pursuant to 28 U.S.C. § 1446(c)(4). This appeal followed.

We note our authority to review whether the district court erred in denying removal under section 1443, see 28 U.S.C. § 1447(d), and we agree with the district

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

court that Jenkins failed to show sufficient grounds to support his invocation of section 1443, <u>see</u> 28 U.S.C. § 1443; <u>Georgia v. Rachel</u>, 384 U.S. 780, 792, 797-99 (1966); <u>City of Greenwood v. Peacock</u>, 384 U.S. 808, 826-27, 832 (1966).

Accordingly, we affirm.

_____